September 16, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MOHAMMED A. JAFAR, MOHAMMED M. CHOWDHURY AND ABDUS SOBHAN, Appellants

NO. 14-14-00512-CV                V.

SERAJ MOHAMMED, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mohammed A. Jafar, Mohammed M. Chowdhury and Abdus Sobhan.

We further order this decision certified below for observance.